# EXHIBIT C

COMMONWEALTH OF KENTUCKY
BOONE CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00701
*Electronically Filed*

LISA K. GOINS     PLAINTIFF

v.     **NOTICE OF FILING OF NOTICE OF REMOVAL OF DEFENDANTS, JOEL M. WARREN, M.D. AND TRI-STATE GASTROENTEROLOGY ASSOCIATES**

SAINT ELIZABETH MEDICAL CENTER, INC.
d/b/a ST. ELIZABETH HEALTHCARE;
TRI-STATE GASTROENTEROLOGY ASSOCIATES;
JOEL M. WARREN, M.D.;
JOHN DOES and JANE DOES NOS. 1-5;
MODERNA, INC.; and THE KROGER CO.     DEFENDANTS

\* \* \* \* \*

Come the Defendants, Joel M. Warren, MD and Tri-State Gastroenterology Associates, by counsel, and provide notice that the above-captioned case has been removed to the United States District Court for the Eastern District of Kentucky. A copy of the Notice of Removal filed with the United State District Court for the Eastern District of Kentucky is attached hereto.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the removal of this action and, in accordance with the statute, the Court may not proceed further in this action unless and until the action is remanded.

Respectfully submitted,

*/s/ Nicholas J. Davis*
Clay A. Edwards
Nicholas J. Davis
O'BRYAN, BROWN & TONER, PLLC
401 S. Fourth Street, Suite 2200
Louisville, KY  40202
Ph: (502)585-4700
Fax: (402)585-4703
edwardsc@obtlaw.com
davisn@obtlaw.com
*Counsel for Defendants, Joel M. Warren, MD and Tri-State Gastroenterology Associates*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of July, 2022, I electronically filed the foregoing with the clerk of the court using the KCOJ efiling system, which will send a notice of electronic filing to the following:

Dominick Romeo
DETERS LAW
5247 Madison Pike
Independence, KY 41051
dromeo@ericdeters.com
*Counsel for Plaintiff*

*/s/ Nicholas J. Davis*
Nicholas J. Davis
*Counsel for Defendants*