UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CIVIL ACTION NO. 2:22-CV-00091-WOB-EBA

*Electronically Filed*

LISA KAY GOINS                                                  PLAINTIFF

v.          **DEFENDANTS, JOEL M. WARREN, M.D. AND
TRI-STATE GASTROENTEROLOGY ASSOCIATES'
MOTION TO DISMISS**

SAINT ELIZABETH MEDICAL CENTER, INC.;
TRI-STATE GASTROENTEROLOGY ASSOCIATES;
JOEL M. WARREN, M.D.;
MODERNATX, INC.; THE KROGER CO.;
JOHN DOES and JANE DOES NOS. 1-5                        DEFENDANTS

\* \* \* \* \*

**MOTION**

Come Defendants, Joel M. Warren, III, M.D. and Tri-State Gastroenterology Associates (collectively, "Dr. Warren"), by counsel, and move the Court to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), for improper venue, pursuant to Federal Rule of Civil Procedure 12(b)(3), and for failure to state a claim upon which relief could be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants request oral argument on their Motion to Dismiss, to be held at the Court's convenience. In support of their Motion to Dismiss, Defendants rely upon the Memorandum of Law contemporaneously filed herewith, including all exhibits thereto.

Respectfully submitted,

/s/ *Clay A. Edwards*
Clay A. Edwards
O'BRYAN, BROWN & TONER, PLLC
401 S. Fourth Street, Suite 2200
Louisville, KY  40202
Ph: (502)585-4700
Fax: (402)585-4703
edwardsc@obtlaw.com
*Counsel for Defendants, Joel M. Warren, M.D.
and Tri-State Gastroenterology Associates*

CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2022, I electronically filed the foregoing with the clerk of the court using the KCOJ efiling system, which will send a notice of electronic filing to the following:

Dominick Romeo
DETERS LAW
5247 Madison Pike
Independence, KY 41051
dromeo@ericdeters.com
*Counsel for Plaintiff*

Chuck Hinegardner
BARRON PECK BENNIE & SCHLEMMER CO. LPA
3074 Madison Road
Cincinnati, OH 45209
clh@bpbslaw.com
*Counsel for Defendant, The Kroger Co.*

Cathy Stickles
DBL LAW
109 E. Fourth Street
Covington, KY 41011
cstickles@dbllaw.com
*Counsel for Defendant, Saint Elizabeth Medical Center, Inc.*

Lori E. Hammond
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
lhammond@fbtlaw.com
*Counsel for Defendant, ModernaTX, Inc.*

Mara Cusker Gonzalez (*pro hac vice* forthcoming)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant, ModernaTX, Inc.*

Sara B. Roitman (*pro hac vice* forthcoming)
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
sara.roitman@dechert.com
*Counsel for Defendant, ModernaTX, Inc.*

/s/ Clay A. Edwards
Clay A. Edwards
*Counsel for Defendants, Joel M. Warren, M.D. and Tri-State Gastroenterology Associates*