UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CIVIL ACTION NO. 2:22-CV-00091-WOB-EBA

*[Proposed]*

LISA KAY GOINS                                                                                    PLAINTIFF

v.                                             **ORDER**

SAINT ELIZABETH MEDICAL CENTER, INC.;
TRI-STATE GASTROENTEROLOGY ASSOCIATES;
JOEL M. WARREN, M.D.;
MODERNATX, INC.; THE KROGER CO.;
JOHN DOES and JANE DOES NOS. 1-5                                               DEFENDANTS

\* \* \* \* \*

Upon motion of the Defendants, Joel M. Warren, III, M.D. and Tri-State Gastroenterology Associates, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Defendants Motion to Dismiss shall be GRANTED. The claims within Plaintiff's Complaint asserted against the Defendants, Joel M. Warren, III, M.D. and Tri-State Gastroenterology Associates, are hereby dismissed with prejudice.