UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| LISA KAY GOINS | : | |
| | : | Civil Action No.: 2:22-cv-00091 |
| PLAINTIFF | : | |
| | : | Judge: David L. Bunning |
| VS. | : | |
| | : | |
| SAINT ELIZABETH MEDICAL | : | |
| CENTER, INC., et al. | : | |
| | : | |
| DEFENDANTS | : | |

## NOTICE OF APPEARANCE

Now comes Counsel, Alan Statman, who hereby enters his appearance as counsel for the Plaintiffs in the above captioned case.

                                                                  Respectfully Submitted

                                                                   */s/ Alan Statman*
                                                                   Alan Statman (#84752)
                                                                   Statman Harris, LLC
                                                                   35 E. 7th Street, Suite 315
                                                                   Cincinnati, Ohio 45202
                                                                   Tel: 513 621-2666
                                                                   Fax: 513 621-4896
                                                                   mailto:sderrien@statmanharris.com
                                                                   ajstatman@statmanharris.com

                                                                   Of Counsel:  Deters Law
                                                                   5247 Madison Pike
                                                                   Independence, KY  41051

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served upon counsel through the CM/ECF system and the remaining defendants by regular mail on this 31st day of August 2022.

Cathy L. Stickels (KBA #89242)
Emma R. Gripshover (KBA #99316)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, KY 41011
Phone: (859) 341-1881
Fax:   (859) 788-2011
cstickels@dbllaw.com
egripshover@dbllaw.com
*Counsel for Defendants,*
*Saint Elizabeth Medical Center, Inc.*
*d/b/a St. Elizabeth Healthcare and*
*John Does and Jane Does Nos. 1-5*

Andrew Pullen, Esq.
Clay Edwards, Esq.
O'Bryan, Brown & Toner – Louisville
401 S. Fourth Street
Suite 2200
Louisville, KY 40202
Phone: (502) 585-4700
Fax: (502) 585-4703
Email: pullenp@obtlaw.com
edwardsc@obtlaw.com
*Counsel for Defendants, Tri-State*
*Gastroenterology Associates;*
*Joel Warren, MD*

Chuck Hinegardner, Esq.
Barron Peck Bennie & Schlemmer Co., LPA
30 E. 8th Street
Newport, KY 41071
513-533-2029 (phone)
513-721-8311 (fax)
CLH@bpbslaw.com
*Counsel for Defendant,*
*The Kroger Co.*

Lori E. Hammond, Esq.
Frost Brown Todd LLC – Louisville
400 W. Market Street, Suite 3200
Louisville, KY 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
Email: lhammond@fbtlaw.com
*Counsel for Modernatx, Inc.*

Mara Cusker Gonzalez
Dechert LLP – NY
1095 Avenue of the Americans
Three Bryant Park
New York, NY 10036-6797
Phone: (212) 641-5665
Fax: (212) 698-3599

Sara B. Roitman
Dechert LLP – IL
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601-1608
Phone: (312) 646-5858
Fax: (312) 646-5858

                                             */s/ Alan Statman*
                                             Alan Statman (#84752)